FILED
MJ 23-02084

2023 APR 27 AM 11:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___Tv___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 4:22-CR-00216-BLW |
| VALERIE FRANZ | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States Secret Service
in the _____ District of Idaho on October 14, 2022
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about May 1, 2022
in violation of Title 18 _____ U.S.C., Section(s) 1029(a)(3), 1028(A), 1028(a)(3)
to wit: Possession of fifteen or more counterfeit or unauthorized access devices

A warrant for defendant's arrest was issued by: United States Courts District of Idaho, Jocelyn Dunnegan

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/27/2023
                Date

_____[signature]_____
Signature of Agent

Justin Matthews
Print Name of Agent

United States Secret Service
Agency

Special Agent
Title